**727 CAHALEN vs. CIRCUIT JUDGE (Ionia), No. 15638½.**

To vacate an order dismissing, for want of prosecution, a bill filed to enjoin the issuance of a sheriff's deed, upon an execution sale, and proceed to a hearing upon the merits.

Order to show cause denied June 2, 1896.